**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ALFRED MILTON EVANS, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | NO. CIV-01-0252-HE |
| | ) | (Consolidated Number) |
| MIKE FOGARTY, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT AS TO FEES, COSTS AND EXPENSES**

As set forth more fully by separate order entered this date, the prevailing plaintiffs are awarded, against defendant Fogarty, in the aggregate, attorney's fees in the amount of $300,000, paralegal fees in the amount of $27,000, costs in the amount of $13,949.40, and additional expenses in the amount of $15,800, for a total sum of $356,749.40, plus post-judgment interest as allowed by law.

Plaintiffs Neal and Nancy Thrift are awarded, against defendant Brown, attorney's fees in the amount of $25,000 each, paralegal fees in the amount of $2500 each, costs in the total amount of $3000, and additional expenses in the total amount of $2500, for a total sum of $60,500, plus post-judgment interest as allowed by law.

Costs as to defendants Fritz, Webb, Mitchell, OHCA board members, the OHCA, and Brown are taxed as determined by the Court Clerk.

**IT IS SO ORDERED**.

Dated this 4th day of October, 2005.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE